# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 253 WAL 2021

       Respondent              :

                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court

           v.                     :

                                  :

JOHN ANTHONY RASPATELLO,         :

             Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 1st day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.